THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIELLE COVARRUBIAS, individually, and on behalf of a class of others similarly situated, | **Case No:** 2:10-cv-01158-JLR |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| AMERICAN AIRLINES, Inc., a Delaware Corporation | |
| Defendant. | |

On Defendant American Airlines Motion to Dismiss, after considering all motions and responses thereto, and for good cause appearing:

**THE COURT FINDS AS FOLLOWS:**

Plaintiff failed to timely file a claim in the bankruptcy case of American Airlines.

As a result of this failure, any claims she may have had against American Airlines are now barred.

**IT IS ORDERED AS FOLLOWS:**

Defendant American Airlines Motion to Dismiss is hereby GRANTED. This matter is dismissed with prejudice.

American Airlines
4333 Amon Carter Blvd.
M.D. 5558
Fort Worth, Texas  76155

Dated this 28th day of January, 2014.

_____
JAMES L. ROBART
United States District Judge

Order Granting Dismissal - 2

1
2
3  Presented by:
   Wong Fleming
4
5
6  */s/Dianna Caley*_____
   Dianna Caley, WSBA#23413
7  Attorney for Defendant American Airlines, Inc.
8
   Locke Lord, LLP
9
10 */s/Michael V. Powell*_____
   Michael V. Powell (*pro hac vice)*
11 Attorney for Defendant American Airlines, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Order Granting Dismissal - 3

Wong Fleming
2340 130th Ave NE #D-150
Bellevue, WA 98005
Tel: (425) 869-4040  Fax: (425) 869-4050